```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION

SHERRIE BRYANT,

          Plaintiff,
v.                                  Case No.  8:09-cv-2008-T-33AEP

LAZYDAYS' RV CENTER, INC.,

          Defendant.
_____/
```

<u>**ORDER**</u>

This matter comes before the Court pursuant to the Notice of Commencement of Bankruptcy Case (Doc. # 5), which was filed on November 16, 2009.  The Notice indicates that Defendant Lazydays' RV Center, Inc. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware, on November 5, 2009, under Case Number 09-13911.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now **ORDERED, ADJUDGED**, and **DECREED**

This case is **STAYED** and **ADMINISTRATIVELY CLOSED** until such time as the bankruptcy court lifts the stay or the stay is no longer in effect.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>17th</u> day of November 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel and Parties of Record